IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHARLES WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:11cv444-MHT |
| | ) |
| FELDMEIER ALABAMA | ) |
| EQUIPMENT INC., | ) |
| | ) |
| Defendant. | ) |

ORDER

After an independent and de novo review of the record, and there being no objection, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The magistrate judge's recommendation (doc. no. 14) is adopted.

(2) The motion to dismiss (doc. no. 10) is granted.

(3) Defendants David Labencki and Walter Bolden are dismissed without prejudice and terminated as parties.

It is further ORDERED that this cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 29th day of September, 2011.

                                            /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**