IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHARLES WILSON,        )<br>                       )<br>    Plaintiff,       )<br>                       )<br>    v.                 )<br>                       )<br>FELDMEIER ALABAMA      )<br>EQUIPMENT INC.,        )<br>                       )<br>    Defendant.         ) | CIVIL ACTION NO.<br>2:11cv444-MHT<br>      (WO) |

OPINION

Plaintiff filed this lawsuit asserting that defendant terminated his employment because he is African-American, in violaton of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 1981a, 2000e through 2000e-17. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment should be granted.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 12th day of December, 2011.

      /s/ Myron H. Thompson
  **UNITED STATES DISTRICT JUDGE**